**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JACQUELINE TAPIA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ASCENSION HEALTH,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:25-cv-00626 JMD<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS</u>**

**<u>AND APPOINT INTERIM CO-LEAD COUNSEL</u>**

The Court having reviewed (1) Plaintiffs' unopposed Motion to Consolidate Actions and Appoint Interim Co-Lead Counsel ("Motion") (ECF No. 12), (2) the pleadings filed by Plaintiffs Jacqueline Tapia, Isabella Casanova, Gregory Gardner, Vincent Cipolla, Raymond Pettus, Kimberly Covington-Bernal, Carolyn Presley, and Heather Watkins (collectively, "Plaintiffs"), and (3) Fed. R. Civ. P. 42(a), Fed. R. Civ. P. 23(g), and the *Manual for Complex Litigation*, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The following eight related cases (the "Related Cases") are pending in this District:

    a. *Tapia v. Ascension Health*, No. 4:25-cv-00626 JMD;

    b. *Casanova v. Ascension Health*, No. 4:25-cv-00627 SEP;

    c. *Gardner v. Ascension Health*, No. 4:25-cv-00635 HEA;

    d. *Cipolla v. Ascension Health*, No. 4:25-cv-00654 JMD;

    e. *Pettus v. Ascension Health*, No. 4:25-cv-00675 CDP;

    f. *Covington-Bernal v. Ascension Health*, No. 4:25-cv-00677 MTS;

1

    g. *Presley v. Ascension Health*, No. 4:25-cv-00686 JMD; and

    h. *Watkins v. Ascension Health*, No. 4:25-cv-00709 JMB.

2. The Related Cases are consolidated (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

3. To ensure consistent and efficient adjudication in this Court, the "Consolidated Action" will bear Master Case No. 4:25-cv-00626 JMD, the number assigned to the first-filed case and reflect the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ASCENSION HEALTH DECEMBER 2024 DATA BREACH LITIGATION<br><br>This Document Relates To: | ) Master File No. 4:25-cv-00626 JMD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

4. The case file for the Consolidated Action will be maintained under Master Case No. 4:25-cv-00626 JMD. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the above caption. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the above caption.

5. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the Consolidated Action shall be related to and consolidated with the Consolidated Action. Plaintiffs and Defendant

2

    shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

6. Having given due consideration to the relevant factors set forth in Fed. R. Civ. P. 23(g)(1) and (4), including Rule 23(g)(1)(A)(i)-(iv), finding that the proposed counsel identified in the Motion meet the relevant adequacy requirements, and noting that defense counsel has no opposition, the Court grants Plaintiffs' proposed arrangement for interim co-lead counsel and related counsel structure.

7. Plaintiffs' proposed schedule for filing and serving pleadings is adopted.

**IT IS HEREBY ORDERED.**

Dated this 27th day of August, 2025.

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE